In The
of Texas.
AP-75,753

Thomas Ray Sides,
        Petitioner, Pro-Se.

---

## "Motion for Clarification"

---

RE: Applications for writ of Habeas Corpus WR-66,982-04 and WR-66,982-03.

Comes now Thomas Ray Sides, pro-se litigant, and does file this his "Motion for Clarification", and in support of such does show the following;

Petitioner would Respectfully request Clarification on the following point,

### I.

When the Court of Criminal Appeals of Texas issued an opinion on Sep. 12th, 2007, pretaining to writ applications WR-66,982-03 and WR-66,982-04 ordering that petitioner be allowed to file an out-of-time Petition for Discretionary Review and Remaining claims be dismissed as premature persuant 11.07 T.C.C.P, and Ex-Parte Torres, 943 s.w.2d. 469 (Tx. Crim. App. 1997); "did this order restore petitioner's direct appeal to pendancy?"

Respectfully Submitted this the 18th. day Of April, 2015.

Thomas Ray Sides
#1313182
Michael Unit
2664 F.M. 2054
Tennessee Colony, TX.
                75886

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 24 2015

Abel Acosta, Clerk